## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

PRIVILEGE AHRC,

    Petitioner,

v.                                                                                          Civ. No. 22-511 KWR/GJF

JOHN M. GARCIA, *in his official capacity as director of the NM SBA Office*,

    Respondent.

### ORDER GRANTING MOTION TO AMEND

THIS MATTER is before the Court on Petitioner's Motion for Leave to Amend.  ECF 4. Petitioner seeks leave to amend his original Complaint [ECF 1] to change the name of Petitioner from "PRIVILEGE AHRC" to "EMIR DINI."  "No other changes have been made."  ECF 4 at 1. Petitioner has also attached his proposed amended complaint to his Motion.  *See* ECF 4 at 2-8; *see also* D.N.M.LR-Civ. 15.1 (providing that "[a] proposed amendment to a pleading must accompany the motion to amend").  The Court will grant Petitioner's Motion because he has not yet served the original Complaint.  *See* Fed. R. Civ. P. 15(a)(1)(A) (providing that "[a] party may amend its pleading once as a matter of course within 21 days after serving it").

**IT IS THEREFORE ORDERED** that:

(1) Petitioner's Motion for Leave to Amend [ECF 4] is **GRANTED**.

(2) The Clerk of Court shall file Petitioner's proposed amended complaint, which is attached to Petitioner's Motion for Leave to Amend, *see* ECF 4 at 2-8, as an Amended Complaint.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE