UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PRIVILEGE AHRC,

    Petitioner,

v.                                                               Civ. No. 22-511 KWR/GJF

JOHN M. GARCIA, *in his official capacity as director of the NM SBA Office*,

    Respondent.

## ORDER EXTENDING DEADLINE

THIS MATTER is before the Court on Respondent's Motion for Extension of Time to File Answer. ECF 12 ("Motion"). The Motion requests an extension "to file an answer or otherwise respond to Petitioner's Amended Complaint [to] November 22, 2022[,]" because "unforeseen circumstances" have caused a delay in receiving the administrative record and concomitant "necessary information." *Id.* The Court, having noted how short the extension is and that Petitioner failed to return the U.S. Attorney's phone call, finds the Motion to be well taken and hereby **GRANTS** it.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **November 22, 2022**, to answer or otherwise respond to Petitioner's Amended Complaint [ECF 6].

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE