UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PRIVILEGE AHRC,

    Petitioner,

v.                                                                                  Civ. No. 22-511 KWR/GJF

JOHN M. GARCIA, *in his official capacity as director of the NM SBA Office*,

    Respondent.

## ORDER SETTING STATUS CONFERENCE

THIS MATTER is before the Court *sua sponte*. Unless prudent or requested, Local Rule 16.3(r) excludes from normal pretrial management procedures, *inter alia*, "[p]roceedings requesting only injunctive or other emergency relief." D.N.M.LR-Civ. 16.3(r). Because Petitioner's Complaint [ECF 6] seeks only a writ of mandamus, the Court finds Local Rule 16.3(r) applicable and, pursuant to that rule, hereby sets a telephonic pretrial status conference in lieu of an Initial Scheduling Order.

**IT IS THEREFORE ORDERED** that the parties shall appear before me telephonically on **December 14, 2022, at 9:30 AM MST**. The parties shall call the Court's conference line at (888) 363-4735 and use access code 9873158 to connect to the proceedings.[1]

**IT IS FURTHER ORDERED** that the Clerk's Office shall, as soon as possible, mail Petitioner a copy of this Order via first-class mail.

**SO ORDERED.**

_____

---

[1] Client attendance is not required.

2

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE