UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

EMIR DINI, on behalf of
Privilege AHRC,

    Petitioner,

v.                                                              Civ. No. 22-511 KWR/GJF

JOHN M. GARCIA, *in his official
capacity as director of the NM SBA
Office*,

    Respondent.

## ORDER EXTENDING DEADLINE

THIS MATTER is before the Court on Petitioner's "Amended Motion for Extension of Time to File Response/Reply" [ECFs 28, 29] which Petitioner filed in duplicate on January 23 and 25, 2023. The motions requests a thirty-day extension to "provide a response (to both [Respondent's Motion for Summary Judgment] response and to [Respondent's] motion to dismiss." *E.g.*, ECF 28, at 1. Petitioner requests that, because he is a *pro se* litigant, the Court should extend these two deadlines because the sheer volume of cases and pages he must review is daunting. *Id.* (protesting that the filings cite over seventy cases and exceed twenty-five pages). For his part, Respondent objects to the proposed extension. *See generally* ECF 30.[1] Noting that that Petitioner has now complied with the local rules, and in an exercise of its discretion, the Court finds the motions well-taken and hereby **GRANTS** them to the extent set forth below.[2] Petitioner is advised, however, that **no further extensions** will be granted.

**IT IS THEREFORE ORDERED** that Petitioner shall have only until **February 6, 2023**,

---

[1] Respondent emphasizes that Petitioner's *pro se* status does not exempt him from the same rules applicable to licensed attorneys and that Petitioner misleadingly conflates the two responsive filing deadlines—one of which was already extended—to buttress its stated need for extension.

[2] Because they are duplicates, the Court will technically grant one and deny the other as moot.

to respond to Respondent's Motion to Dismiss [ECF 25] and to reply to the Response to Petitioner's own Motion for Summary Judgment [ECF 21].

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE