IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EMIR DINI,
*On behalf of* PRIVILEGE AHRC,

      Petitioner,

      v.                                                                                No. 1:22-cv-00511-KWR-GJF

JOHN M. GARCIA,

      Respondent.

## ORDER REGARDING FAX FILING

      On or about February 23, 2023, Plaintiff attempted to file a document with the Clerk of Court through fax.  The Clerk of Court does not accept fax filings.  This order constitutes notice to Plaintiff that the Court **will not** allow the filing of any document through fax. If Plaintiff wishes to file a document on the record, he must mail that document to the Clerk of Court, or file it in person with the Clerk of Court.  Plaintiff may contact the clerk's office at 505-348-2000 if he needs assistance filing a document.  Plaintiff is instructed to read the Pro Se Guide, available on Court's website at https://www.nmd.uscourts.gov/representing-yourself-pro-se. The Court notifies Plaintiff that any future violations of Court orders may result in sanctions, including dismissal of his case.

      **IT IS SO ORDERED**.

_____
**KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**